IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICKEY WHITCOMB, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> KEVIN KEMPF, Warden, ICI-O, ) <br> ) <br> Respondent. ) <br> _____) | Case No. CV05-0389-C-EJL <br><br> **JUDGMENT** |

On April 17, 2006, the Court entered an Order dismissing this action. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's case is DISMISSED.

DATED: **April 17, 2006**

Honorable Edward J. Lodge
U. S. District Judge

**JUDGMENT  1**